UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anissa Brown,<br><br>    Plaintiffs,<br><br>    v.<br><br>Sally Beauty Supply LLC,<br><br>    Defendants. | Case No. 21-cv-01350-SI   (SI)<br><br>**ORDER FOR STATUS STATEMENT** |

On April 16, 2021, this Court ordered this matter to binding arbitration, pursuant to the parties' stipulation. Nothing has been filed in this record since. Accordingly, the parties are **ORDERED to file a JOINT STATUS STATEMENT, on or before January 24, 2022**, describing the actions that have been taken in the arbitration, the stage of those proceedings and the anticipated resolution date.

**IT IS SO ORDERED.**

Dated: January 11, 2022

_____
SUSAN ILLSTON
United States District Judge