ILG Legal Office, P.C.
Stephen Noel Ilg (SBN 275599)
George Lin (SBN 287873)
156 South Spruce Avenue, Ste 206A
South San Francisco, CA 94080
Tel:   (415) 580-2574
Fax:   (415) 735-3454
Email: silg@ilglegal.com
Email: glin@ilglegal.com

Attorneys for Plaintiff
ANISSA BROWN

MARIA R. HARRINGTON, Bar No. 201901
mharrington@littler.com
IAN G. ROBERTSON, Bar No. 283151
irobertson@littler.com
LITTLER MENDELSON P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone:   949.705.3000
Fax No.:     949.724.1201

Attorneys for Defendant
SALLY BEAUTY SUPPLY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA BROWN, on behalf of herself, <br><br> Plaintiff, <br><br> v. <br><br> SALLY BEAUTY SUPPLY, LLC, a Virginia Limited Liability Company, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 3:21-cv-01350-SI <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

1

*Brown v. Sally Beauty Supply, LLC.*
Stipulation and [Proposed] Order for Dismissal with Prejudice

## STIPULATION

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action with prejudice, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

DATED: March 14, 2022  **ILG Legal Office, P.C.**

/s/ George Lin
_____
Stephen Noel Ilg
George Lin
Attorneys for Plaintiff Anissa Brown

DATED: March 14, 2022  **Littler Mendelson, P.C.**

/s/ Ian Robertson
_____
Maria Harrington
Ian Robertson
Attorneys for Defendant Sally Beauty Supply, LLC

## ATTESTATION RE: ELECTRONIC SIGNATURES

I, George Lin, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 15, 2022

By: /s/ George Lin
George Lin
Attorneys for Plaintiff Anissa Brown

**ILG Legal Office, P.C.**
156 South Spruce Avenue, Ste 206A, South San Francisco, CA 94080
Tel: (415) 580-2574  Fax: (415) 735-3454

## [PROPOSED] ORDER

The stipulation of the parties in approved. The entire action is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: March 18, 2022

_____
U.S. District Court Judge

*Brown v. Sally Beauty Supply, LLC.*
Stipulation and [Proposed] Order for Dismissal with Prejudice